IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SINTEL KING, | : | |
| Plaintiff | : | |
| VS. | : | |
| Warden DANIEL STONE, Lt. JONI MUSIC, Probation Officer "Sue?" SMITH, and Officer "Joe?" JOHNSON, all from the Bacon County Probation Detention Center, | : | NO. 7:06-CV-70 (HL) |
| Defendants | : | **ORDER OF TRANSFER** |

      Plaintiff **CHRISTOPHER SINTEL KING**, an inmate at the Tift County Law Enforcement Center in Tifton, Georgia, has filed a *pro se* complaint on a court-provided 42 U.S.C. § 1983 complaint form. He also seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a) (Tab # 1). Plaintiff alleges that while a prisoner at the Bacon Probation Detention Center from March 3, 2006 to April 6, 2006, he was (1) placed in segregation following his refusal to participate in physical training; (2) forced to sleep without a mattress, sheets, or blanket; (3) addressed in a racially discriminatory manner; and (4) deprived of his property.

      The Middle District of Georgia is not the appropriate court in which to file the instant action. All the defendants are employed, and all of the events alleged in the complaint occurred, at the Bacon Probation Detention Center located in Alma, Georgia, in the Southern District of Georgia. 28 U.S.C. § 90(c)(4). Pursuant to 28 U.S.C. § 1404(a), a district court may, in the interests of

justice, transfer a civil action filed in the wrong district. Because it appears that this action should have been filed in the Southern District of Georgia, transfer to that district is appropriate.

Accordingly, the Court **DIRECTS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the Southern District of Georgia.

**SO ORDERED**, this 14th day of AUGUST, 2006.

s/   Hugh Lawson
JUDGE HUGH LAWSON
UNITED STATES MAGISTRATE JUDGE